WESTERN AND ATLANTIC RAILROAD COMPANY *v.* WILLIAMS.

BECK, J. Under the decision in the case of *City of Tallapoosa* v. *Brock,* 143 *Ga.* 599 (85 S. E. 755), a direct bill of exceptions will not lie to a judgment overruling a plea in abatement to a suit brought for the recovery of damages for personal injuries, which is the case presented by this record.　　　　*Writ of error dismissed. All the Justices concur.*
　　　　　　　　　OCTOBER 19, 1916.

Case; from Whitfield superior court.

*Tye, Peeples & Tye* and *Maddox, McCamy & Shumate,* for plaintiff in error. *W. C. Martin* and *W. E. Mann,* contra.